UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 0:05-1249-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| William Martin Stanley, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion for relief filed in this court pursuant to 28 U.S.C. § 2255. The Government filed a motion for summary judgment. Pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the court advised Defendant of the summary judgment procedure and the consequences if he failed to respond. Defendant filed two responses to the Government's motion, and seeks the appointment of counsel (Dkt. # 154, filed Mar. 31, 2009).

The court has reviewed the complete record in this case. Defendant's responses to the Government's motion for summary judgment make vague reference to information supposedly "within my [attorney's] case files that can prove" some of his conclusory grounds for relief. Resp. at 4 (Dkt. # 154, filed Mar. 31, 2009). However, these responses are inadequate to overcome the Government's motion for summary judgment.

Therefore, for the reasons stated in the Government's response, which this court finds to be correct and adopts as its findings, the court grants the Government's motion for summary judgment as to all of Defendant's claims for relief. Defendant's motion for appointment of counsel is **denied**.

**IT IS THEREFORE ORDERED** that the Government's Motion for Summary Judgment is **GRANTED.** The motion under 28 U.S.C. § 2255 is *dismissed with prejudice*.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 18, 2009

C:\Documents and Settings\baw58\Local Settings\Temp\notesE1EF34\05-1249 William Martin Stanley gr sumjgm for reasons stated in Gov't response.wpd